UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STACEY GRANGER,

          Plaintiff(s),

   v.

NCO FINANCIAL SYSTEMS INC,

          Defendant(s).
_____/

NO. 2:09-CV-1591-FCD-GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled**..**

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 4, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: December 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE